UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA VANESSA CHAVARRO VELEZ, | Case No.: 3:26-cv-01889-JES-MSB |
| Petitioner, | **ORDER:** |
| v. | **(1) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION;** |
| Warden, Otay Mesa Detention Center; Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; TROY MILLER, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAM BONDI, United States Attorney General, | **(2) SETTING BRIEFING SCHEDULE; and** |
| | **(3) REQUIRING A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Respondents. | **[ECF No. 1]** |

Before the Court is Petitioner Lina Vanessa Chavarro Velez's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, and Motion for Temporary Restraining Order ("TRO"). ECF Nos. 1, 2.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v.*

1

3:26-cv-01889-JES-MSB

*Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition and TRO should not be granted by **FILING** a Response no later than 5:00 p.m. on **Thursday, April 2, 2026**. The Response shall include any documents relevant to the determination of the issues raised in the Petition and address whether an evidentiary hearing on the Petition and TRO is necessary. Respondents **SHALL SERVE** a copy of the Response on the Petitioner. Petitioner **MAY FILE** an optional Traverse in support of the Petition no later than 5:00 p.m. on **Monday, April 6, 2026**. Thereafter, the Court will take the matter under submission, no oral argument will be held unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: March 27, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

2

3:26-cv-01889-JES-MSB